## Richmond

Joseph Linwood Sutton, Jr. v. Commonwealth of Virginia.

June 14, 1971.

Record No. 7447.

Present, Snead, C.J., l'Anson, Gordon, Harrison, Cochran and Harman, JJ.

*Clyde L. Shepherd* (*A. Clair Sager; Sager and Shepherd,* on brief), for plaintiff in error.

*Randolph E. Trow, Jr.* (*Andrew P. Miller, Attorney General,* on brief), for defendant in error.

Per Curiam.

The sole question presented by this appeal is the sufficiency of the evidence to sustain defendant's conviction of statutory burglary. We have examined the evidence and hold it to be sufficient.

*Affirmed.*